J Kim Douta 7 Days

18-59461-jrs

# LIST OF CREDITORS

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 JUN 14 PM 3:28

M. REGINA THOMAS
CLERK
Richard Smith
DEPUTY CLERK

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| WEB Bank / Fingerhut<br>6250 Ridgewood RDA<br>Saint Cloud, MN 56303<br>#4223  $542.00 | Revenue System<br>2196 Main St. Suite J<br>Dunedine, FL 34698<br>$184.00  #2210 |
| OmI Comcast<br>4200 International Pkwy<br>Carrolton TX 75007<br>$727.00  6638 | Credit Collections<br>P.O. Box 607<br>Norwood MA 02062<br>250.00  # 5038 |
| Credit Collections<br>PO Box 607<br>Norwood, MA 02062<br>$250.00  5038 | Credit Collections<br>P.O. Box 607<br>Norwood, MA 02062<br>$127.00  Act 9556 |
| Credit Collections  $127.00<br>P.O. Box 607  # 5995<br>Norwood, MA 02062 | Credit Collections<br>PO Box 607<br>Norwood, MA 02062<br>$109.00  Acct 3130 |
| Credit Collection<br>PO Box 607<br>Norwood, MA 02062<br>109.00  Acct 6431 | ① Property - Superior Court<br>Land Lot 13<br>District 13<br>Clayton County<br>Jonesboro GA  13020 13 0006 |
| Enhanced Recovery Co.<br>PO Box 57547<br>Jacksonville GA 32241<br>Acct 7650  $582.00 | Land Lot 11<br>ATL 30354<br>2017-CV-04987-11 |
| Frost + Arnett<br>P.O. Box 198988<br>Nashville TN 37219-8988<br>$5421.00  Act 3008 | ② Land Lot 19+20<br>District 13<br>Parcel 13020 B-A<br>AKA Lot D |

2017-CV 04085-10
③ District 13  Land Lot
Land Lots 20  12-13
Parcel 13020 B-A  0005

⑩